UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 25, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br> CARL M. ADAMS,<br><br>  Defendant. | Case No.  3:21-po-253-DMC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CARL M. ADAMS ,

Case No.  3:21-po-253-DMC  Charge 36 CFR 261.9(a) , from custody for the following reasons:

   __x__   Release – sentenced to time served

   _____  Bail Posted in the Sum of $ _____

   _____  Unsecured Appearance Bond $ _____

   _____  Appearance Bond with 10% Deposit

   _____  Appearance Bond with Surety

   _____  Corporate Surety Bail Bond

   _____  (Other):

Issued at Sacramento, California on February 25, 2022 at _2:17 pm____.

By:   /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney